# UNITED STATES BANKRUPTCY COURT
### Eastern District of Missouri
### Eastern Division

In re:

| | | |
|---|---|---|
| Tamisha A Grant–Joy | **Debtor(s)** | **Bankruptcy Case No.:** 21–41222 – B169 |
| Tamisha A Grant–Joy | **Plaintiff(s)** | **Chapter:** 7 |
| General Credit Acceptance Company LLC | **Defendant(s)** | **Adversary Proceeding No.:** 21–04029 – B169 |

All documents regarding this matter **must** be identified by **both** Adversary and Bankruptcy Case numbers

## SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of the Clerk:
> United States Bankruptcy Court
> Eastern District of Missouri
> 111 South Tenth Street, 4th Floor
> St. Louis, MO 63102

At the same time, you must also serve a copy of the motion or answer on plaintiff's attorney.

> Name and Address of Plaintiff's Attorney:
> Timothy Patrick Powderly
> The Powderly Law Firm, L.L.C.
> 11965 St. Charles Rock Rd.
> Suite 202
> St. Louis, MO 63044

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pre–trial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address:<br>Unites States Bankruptcy Court<br>Thomas F. Eagleton Courthouse<br>111 South Tenth Street<br>St. Louis, MO 63102 | Courtroom<br> 7 South |
|---|---|
| | Date and Time<br> June 29, 2021   11:00 AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. FAILURE OF THE PLAINTIFF TO APPEAR ON THE DATE AND TIME SET FORTH IN THIS SUMMONS AND NOTICE MAY RESULT IN DISMISSAL OF THIS ADVERSARY PROCEEDING.**



Dana C. McWay
_____
**Clerk of the Bankruptcy Court**

Matthew T. Clear
By:_____
Deputy Clerk

May 13, 2021
_____
Date

Form B 2500B (Rev 11/19)

## CERTIFICATE OF SERVICE

I, _____, certify that service of this summons and a copy of the
               (name)
complaint was made _____ by:
                           (date)

☐ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____        _____
              *Date*                                                   *Signature*

| Print Name | | |
|---|---|---|
| Business Address | | |
| City | State | Zip |

UNITED STATES BANKRUPTCY COURT
**Eastern District of Missouri**
**Eastern Division**

| | |
|---|---|
| In re Tamisha A Grant–Joy<br>Debtor(s) | Case No.: 21–41222 – B169 |
| Tamisha A Grant–Joy<br>Plaintiff(s) | Chapter 7 |
| v. | Adversary Case No. 21–04029 – B169 |
| General Credit Acceptance Company LLC<br>Defendant(s) | |

**CONSENT TO ENTRY OF JUDGMENT AND ORDERS BY BANKRUPTCY COURT**

Each party to the above–captioned adversary proceeding is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the Bankruptcy Court conduct any and all proceedings in this case, including trial and entry of orders and judgment in accordance with the provisions of Title 28 U.S.C. Section 157(b)(1) and/or (c)(2).

**IMPORTANT:** **File this form with the Clerk's office promptly, but not later than 14 days after your appearance, answer or responsive pleading, or, in a removed case in which you have already appeared, not later than 14 days after the filing of the notice of removal.**

**FAILURE TO FILE THIS FORM SHALL BE CONSTRUED AS CONSENT TO ENTRY OF ORDERS AND JUDGMENT BY THE BANKRUPTCY COURT.**

**CHECK ONE:**

☐ The party or parties listed below **consent** to entry of judgment and orders by the Bankruptcy Court in this adversary proceeding. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below **do not** consent to the entry of judgment and orders by the Bankruptcy Court in this adversary proceeding.

Name of Party or Parties (please type or print):
_____
_____
_____

Submitted by: _____ Dated: _____
Print Name/Bar No.: _____
Address: _____
_____
Telephone Number: _____
Fax Number: _____
Email Address: _____

Rev. 11/19 sumpttap

# CERTIFICATE OF SERVICE
(Complete each service method that applies)

☐ I. I certify that a true and correct copy of the Consent to Entry of Judgment was filed electronically on (date of service) _____ with the United Sates Bankruptcy Court, and has been served on the parties in interest via e−mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/_____

☐ II. I certify that a true and correct copy of the Consent to Entry of Judgement was filed electronically with the United States Bankruptcy Court and has been served by Regular United States Mail Service, first class postage fully pre−paid, addressed to the parties listed below on (date of Service) _____:

/s/_____

(insert names and addresses of the parties to receive a copy of this document or attach separate service list)

☐ III. I certify that a true and correct copy of the Consent to Entry of Judgement was filed electronically with the United States Bankruptcy Court and has been served on the following Insured Depository Institutions pursuant to Fed. R. Bankr. P. 7004(h), or on the United States, or any of its officers or agencies pursuant to Fed. R. Bank. P. 7004(b)(4) or (5) on (date of service) _____ by (insert certified, first class mail, or other type of authorized service) _____ addressed to the following persons:

/s/_____

(insert names and addresses of the parties to receive a copy of this document or attach separate service list)